RECEIVED
IN LAKE CHARLES, LA

AUG 31 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RODERICK PRESIDENT | CIVIL ACTION NO. 05-1178-LC |
| VS. | SECTION "P" |
| BETTY DUPLICHAN, ET AL | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT THIS ACTION BE DISMISSED** for lack of jurisdiction to review a final judgment of the Louisiana Courts under the authority of the Rooker-Feldman Doctrine. I **IS FURTHER ORDERED** that, to the extent plaintiff seeks review on the merits of his claim, all claims herein be **DISMISSED WITH PREJUDICE** as frivolous and as failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS ALSO ORDERED** that plaintiff be barred from filing any other civil actions in United States District Courts *in forma pauperis* except for cases involving an imminent danger of serious physical injury.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of August, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE